IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY MONTILEONE, *et al.*,
*Individually and on behalf of all others similarly situated*,

        Plaintiffs,

   vs.

KEITH MORGAN, *et al.*,

        Defendants.

Case No. 13-cv-1217-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiffs' motion to dismiss without prejudice defendant Keith Morgan (Doc. 17) which the Court construes as a notice of dismissal.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) a plaintiff may dismiss a defendant without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Here, Morgan has filed neither an answer nor a motion for summary judgment.  Accordingly, the Court **GRANTS** plaintiffs' motion (Doc. 17) and finds that defendant Keith Morgan is **DISMISSED** from this case.

IT IS SO ORDERED.

**DATED:** January 10, 2014

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**