UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY MONTILEONE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:13-CV-01217-JPG-SCW |
| ) | |
| AAMCO TRANSMISSIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

Comes now W. Jason Rankin of HeplerBroom LLC and hereby enters his appearance for Defendants AAMCO Transmissions, Inc., American Driveline Systems, Inc., American Driveline Centers, Inc., American Capital, LTD, Bret Bero, Malon Wilkus, Marc Graham, Michael Sumsky, Brian O'Donnell, and Todd Leff.

Respectfully submitted,

By: __/s/ W. Jason Rankin_____

Troy A. Bozarth, #6236748
W. Jason Rankin, #06237927
HEPLERBROOM LLC
130 North Main Street
Post Office Box 510
Edwardsville, IL 62025-0510
Phone: 618-656-0184
Fax: 618-656-1364

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, a true and correct copy of the foregoing was served on all counsel of record by filing the foregoing electronically via CM/ECF with the Clerk of the United States District Court.

<em>/s/ W. Jason Rankin</em>