UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY MONTILEONE, et al.,            )
                                       )
        Plaintiffs,                    )
                                       )
vs.                                    )          Case No. 3:13-CV-01217-JPG-SCW
                                       )
AAMCO TRANSMISSIONS, INC., et al.,     )
                                       )
        Defendants.                    )

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants AAMCO Transmissions, Inc., American Driveline Systems, Inc., American Driveline Centers, Inc., American Capital, LTD, Bret Bero, Malon Wilkus, Marc Graham, Michael Sumsky, Brian O'Donnell, and Todd Leff  (collectively, "Defendants"), hereby move for a one-week extension of time to respond to the Complaint.  In support of this Motion, Defendants state the following:

1.      Defendants' response to the Complaint is currently due on January 27, 2014.  On January 21, 2014, Defendants filed their Consent Motion for Leave to File Consolidated Briefs in Support of Motions Filed in Response to the Complaint (Doc. No. 20).   In that Motion, Defendants sought leave from the Court to file a single, consolidated brief not exceeding 50 pages.

2.      Defendants seek a modest one-week extension of the deadline to respond to the Complaint pending the Court's consideration of Defendant's motion for leave to file a consolidated brief..

Wherefore, Defendants respectfully request that the Court grant this motion and allow Defendants up to and including February 3, 2014, to file their response to the Complaint.

1

Respectfully submitted,


By:  \_\_/s/ W. Jason Rankin_____

Troy A. Bozarth, #6236748
W. Jason Rankin, #06237927
HEPLERBROOM LLC
130 North Main Street
Post Office Box 510
Edwardsville, IL 62025-0510
Phone: 618-656-0184
Fax: 618-656-1364

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, a true and correct copy of the foregoing was

served on all counsel of record by filing the foregoing electronically via CM/ECF with the Clerk

of the United States District Court.


*/s/ W. Jason Rankin*

2