# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| TIMOTHY MONTILEONE, ET AL. | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:13-CV-01217-JPG-SCW |
| AAMCO TRANSMISSIONS, INC., ET AL | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  all Defendants.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Georgia . The state and federal bar numbers issued to me are: 177655 .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 1/23/14
Date

Signature of Movant

285 Peachtree Center Avenue, Tower II
Street Address

Ronald T. Coleman, Jr.
Printed Name

Atlanta, GA 30303
City, State, Zip