UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Montileone<br>*Plaintiff(s)*<br><br>v.<br><br>Firmand et al<br>*Defendant(s)* | Case Number:  13-1217-JPG/SCW |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 32           DOCUMENT TITLE: Joint Motion to Continue

One of the following errors/deficiencies has been identified in the document listed above:

☒      Other:   No "with consent" when document contains multiple signatures.  Please refer to Section 2.0: page 2.1 of the User's Manual.

### ACTION TAKEN BY CLERK'S OFFICE

☒      Other:    Informational – for reference with future filings.

### ACTION REQUIRED BY FILER

☒      No further action required by the filer

Dated: February 12, 2014

                                      NANCY J. ROSENSTENGEL, Clerk of Court


                                      By:  *s/ Jo Ann Juengel*
                                             Deputy Clerk