IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY MONTILEONE, RICK A. FIRMAND, THOMAS W. FURLONG, JR., KEVIN BLADOW and CLAYTON THYGERSON, *Individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> AAMCO TRANSMISSION, INC., AMERICAN CAPITAL, LTD, AMERICAN DRIVELINE SYSTEMS, INC., AMERICAN DRIVELINE CENTERS, INC., MALON WILKUS, BRET BERO, MARC GRAHAM, MIKE SUMSKY, BRIAN O'DONNELL, TODD LEFF and KEITH MORGAN, <br><br> Defendants. | Case No. 13-cv-1217-JPG-SCW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiffs' stipulation of dismissal (Doc. 40) which the Court construes as a notice of dismissal.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) a plaintiff may dismiss a defendant without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Here, the remaining defendants have filed neither an answer nor a motion for summary judgment.  Accordingly, this case is dismissed with prejudice against defendant Malon Wilkus and dismissed without prejudice against the remaining defendants.  The Court **DENIES as moot** the remaining motions in this case and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** April 8, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**
